# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| EDWIN ANDRES PADILLA UGSHA, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:25-cv-03045-TLP-cgc |
| SCOTT LADWIG, | ) |
| Defendant. | ) |

## ORDER SETTING HEARING ON PETITION

Petitioner Edwin Andres Padilla Ugsha, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 8.) On November 18, 2025, the Court entered an Order directing Respondent to show cause why the Writ should not be granted and indicating that a hearing on the Petition would be set in a separate order. (ECF No. 9.) Respondent has responded to the Show Cause Order (ECF No. 11), and the Court therefore **ORDERS** that a hearing on the Petition be set for Monday, December 1, 2025, at 11:00 a.m. If either party wishes to present evidence at the hearing, they shall notify the Court by Wednesday, November 26, 2025, at 5 p.m. Additionally the Court **ORDERS** that the Respondent shall produce the Petitioner at the hearing if either party provides notices that they plan to present evidence. But, if neither party provides such notice, Petitioner need not be present at the hearing.

**SO ORDERED**, this 25th day of November, 2025.

                                              s/Thomas L. Parker
                                              THOMAS L. PARKER
                                              UNITED STATES DISTRICT JUDGE